```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

KATHLEEN G. BROGAN,

                       Plaintiff,

    -vs-                                 **No. 1:16-CV-00720 (MAT)**
                                                   **DECISION AND ORDER**
NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                       Defendant.

     Represented by counsel, Kathleen G. Brogan("plaintiff") brings this action pursuant to Title II of the Social Security Act ("the Act"), seeking review of the final decision of the Commissioner of Social Security ("the Commissioner") denying her application for disability insurance benefits. The Court has jurisdiction over this matter pursuant to 42 U.S.C. § 405(g). The matter is before the Court on the parties' cross motions for judgment on the pleadings. The parties' motions were referred to Magistrate Judge Hugh B. Scott for consideration of the factual and legal issues presented, and to prepare and file a Report and Recommendation ("R&R") containing a recommended disposition of the issues raised.

     By R&R dated August 16, 2017, Judge Scott recommended that plaintiff's motion be denied and the Commissioner's motion be granted, for the reasons described therein. Docket No. 14. Both parties were notified that they were given 14 days within which to file objections; however, neither party has filed an objection.

Within fourteen days after a party has been served with a copy of a magistrate judge's report and recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b). "Where no objection is made to a report and recommendation, or the parties make frivolous, conclusive, or general objections, only 'clear error' review is required by the district court." *Teixeria v. St. Jude Med. S.C., Inc.*, 193 F. Supp. 3d 218, 222 (W.D.N.Y. 2016). "After conducting the appropriate review, the district judge may 'accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)). No objections having been filed, the Court has reviewed the R&R for clear error and finds none.

## CONCLUSION

Accordingly, the R&R (Docket No. 14) is approved and adopted in its entirety. The Commissioner's motion for judgment on the pleadings (Docket No. 12) is granted, and plaintiff's motion for judgment on the pleadings (Docket No. 11) is denied. The Clerk of the Court is directed to close this case.

**ALL OF THE ABOVE IS SO ORDERED.**

                                        **S/Michael A. Telesca**
                                        HON. MICHAEL A. TELESCA
                                        United States District Judge

Dated:    October 11, 2017
            Rochester, New York.